IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

    v.      Case No.5:24CR-50031-001

CAMBRON FLOWERS            DEFENDANT

## O R D E R

The Defendant requested a detention hearing at the arraignment on an indictment conducted this date. Accordingly, the Defendant is considered detained and remanded to the custody of the United States Marshals Service pending outcome of detention hearing.

The detention hearing is scheduled for **Tuesday, June 25, 2024, at 11:30 a.m.**, Second Floor Courtroom, in Fayetteville.

SO ORDERED this 14th day of June 2024.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE